IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00362-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **DALE JOHNSON,**
2. DONALD BEVERLY,
3. RONALD BENJAMIN,
4. JIMMY HUTCHINSON,
5. VINCENT JACKSON,
6. JERROLD MINNEY, and
7. SCOTT GOLDBERG,

    Defendants.

## GOVERNMENT'S MOTION FOR SENTENCING REDUCTION FOR DEFENDANT DALE JOHNSON PURSUANT TO U.S.S.G. § 5K1.1 AND SENTENCING RECOMMENDATION

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Tim R. Neff, Assistant United States Attorney, hereby moves for a reduction of Defendant's sentence, pursuant to the provisions of §5K1.1, U.S. Sentencing Guidelines, in light of the Defendant's substantial assistance to the Government in the investigation and prosecution of other persons who have committed offenses against the laws of the United States.

In support of the Motion, the Government states as follows:

*Summary of Cooperation*

On August 2, 2013, and February 11, 2014, the Defendant provided debriefing statements to federal agents in Denver, Colorado.    During such debriefings, the Defendant recounted his

role, participation and knowledge in the present scheme which was helpful to agents on the case. Johnson recalled various organizational meetings, negotiations and real estate transactions in which he participated during 2006. Johnson provided detailed information about how Synergy initially became involved in real estate purchases in Colorado when he received a call from a business associate in February of 2006. Following the initial call, Johnson said that he and other members of Synergy began making several trips from California to Colorado over an approximately 6-month period. During such trips, he and other Synergy members examined various homes for sale, made a number of home purchases, and held various meetings connected with the business. Johnson explained his overall business plan for Synergy and provided insight as to the structure and operational aspects of the company during 2006. Johnson also recounted information regarding conversations and financial agreements he had with Synergy's members and associates during the scheme.

Significantly, Johnson provided specific details concerning home purchases made by Synergy associates connected to the scheme. Indeed, during the scheme a number of individuals – although not members of Synergy – participated in the purchase of homes which involved fraudulent loan paperwork and illicit kickbacks. Although investigators were aware of such individuals, Johnson provided missing details regarding these associates' respective relationship to Synergy. Based on Johnson's information, investigators were able to better understand the scheme and make informed decisions regarding conducting any further investigation or follow-up prosecutions related to such individuals.

In addition, Johnson provided timely and helpful information regarding the location of co-defendant Ronald Benjamin. By way of background, on September 1, 2011, an arrest warrant was issued for Ronald Benjamin in connection with the present case. To date, Benjamin has

failed to be apprehended despite diligent efforts by federal law enforcement agents to locate him. Benjamin is Johnson's brother-in-law (specifically, Johnson is married to Ronald Benjamin's younger sister Vicky Johnson). However, for the approximately 2½ years since the Indictment, Benjamin has not been apprehended by federal authorities. In his last debriefing with the Government, Johnson successfully arranged a telephone call between federal agents and Benjamin in an effort to help arrange for Benjamin's surrender. Johnson also provided helpful background information regarding Benjamin and his whereabouts. The Government's attempts to apprehend Benjamin are ongoing. Johnson's cooperation has provided agents with credible and helpful information which has substantially facilitated the Government's chances of executing Benjamin's arrest warrant.

*Government's Recommendation*

Based on the Defendant's above-described cooperation, the Government requests that the Defendant be afforded a reduction in sentence pursuant to U.S.S.G. § 5K1.1. The debriefing statement provided by the Defendant has been evaluated and reviewed by the investigating agents from the IRS, FBI and U.S. Postal Inspection Service. The Government submits that Johnson's cooperation has been complete, truthful and reliable. Johnson is obligated as part of his plea agreement to provide "truthful and complete testimony and information" at any future proceedings which would include any trials should one arise.

The PSR calculates that the recommended range of sentence is 78 months to 87 months imprisonment – prior to any reduction in sentence for cooperation. PSR at R-1. Here, the Government requests that the Defendant's offense level be decreased to **54 months imprisonment** (i.e., 30% reduction from 78 months = 54 months).

WHEREFORE, the United States respectfully recommends that this Court grant its motion, pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, to depart below Defendant's applicable sentencing guideline range in imposing sentence upon Defendant.

Respectfully submitted this 18th day of February, 2014.

                                        JOHN F. WALSH
                                      United States Attorney

By:   *s/Tim Neff*
       TIM R. NEFF
       Assistant United States Attorney
       U.S. Attorney's Office
       1225 17th St., Suite 700
       Denver, CO  80202
       Telephone: (303) 454-0100
       Fax:   (303) 454-0402
       e-mail:   tim.neff@usdoj.gov
       Attorney for the Government

## CERTIFICATE OF SERVICE

       I hereby certify that on this 18th day of February, 2014, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR SENTENCING REDUCTION FOR DEFENDANT DALE JOHNSON PURSUANT TO U.S.S.G. § 5K1.1 AND SENTENCING RECOMMENDATION** using the CM/ECF system which will send notification of such filing to the following e-mail address:

David L. Miller, Esq.
e-mail:   dmiller@davidmillerpc.com
Attorney for Dale Johnson (1)

                              *s/Maggie E. Grenvik*
                              Maggie E. Grenvik
                              Legal Assistant
                              U.S. Attorney's Office
                              1225 17th St., Suite 700
                              Denver, CO   80202
                              Telephone:   (303) 454-0100
                              Fax:   (303) 454-0401
                              e-mail:   maggie.grenvik@usdoj.gov